UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>RODOLFO CASTRO ZUNIGA, an individual doing business as RUDY'S LANDSCAPE & IRRIGATION DESIGN; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Defendants. | CASE NO. CV12-10647 SVW(PLAx)<br><br>[PROPOSED] JUDGMENT PURSUANT TO STIPULATION<br><br>JS-6 |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between the Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and Pro Se Defendant, RODOLFO CASTRO ZUNIGA, an individual doing business as RUDY'S LANDSCAPE & IRRIGATION DESIGN ("ZUNIGA"), and good cause appearing therefor:

/ / /

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

2  Judgment is entered in favor of Plaintiff, CONSTRUCTION
3 LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE
4 COMPANY, LLC, the a fiduciary, administrator, agent and assignee
5 for collection to the LABORERS HEALTH AND WELFARE TRUST FUND FOR
6 SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR
7 SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR
8 SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND
9 FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY
10 ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; LABORERS CONTRACT
11 ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, and LABORERS'
12 TRUSTS ADMINISTRATIVE TRUST FUND FOR SOUTHERN CALIFORNIA
13 (hereinafter collectively referred to as "TRUST FUNDS"), and
14 against RODOLFO CASTRO ZUNIGA, an individual doing business as
15 RUDY'S LANDSCAPE & IRRIGATION DESIGN for the principal sum of
16 $31,059.50 and $3,000.00 in attorneys fees for a total judgment
17 sum of $33,059.50 covering the period from January 2, 2008 to
18 December 31, 2012.

21 DATED: February 8, 2013

STEPHEN V. WILSON, UNITED STATES
DISTRICT COURT JUDGE FOR THE
CENTRAL DISTRICT OF CALIFORNIA